ALBERT HOWE, Appellant, *v.* THOMAS J. LEAREY et al., Respondents.

(Argued February 29, 1892; decided March 15, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 14, 1891, which affirmed an order of Special Term denying a motion to vacate an order obtained by the defendant Jessie

Learey for the examination of the plaintiff and the defendant Thomas J. Learey.

*Abraham L. Fromme* for Thomas J. Learey, appellant.

*William Henry Arnoux* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____